**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

August 27, 2008

**Office of the Clerk**
**U.S. District Court**
**C-338 Prince Kuhio Federal Bldg.**
**300 Ala Moana Blvd.**
**Honolulu, HI 96850-0338**


Case Name:     **USA-v-Ronald Joseph Tumminelli**
Case Number:   **5-08-70563-VPT  (Your Case# CR-05-01185-ACK 01)**
Charges:       **Violation of Supervised Release**

Dear Clerk:

     The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull.  The following action has been taken:

        (X)     The U.S. Marshal has been ordered to remove this defendant
              to your district forthwith.
        ()      The defendant has a court appearance in your court on:

Enclosed are the following documents:
                    original Rule 5 affidavit
                    original minute orders
         certified copy of *AO 94, Commitment to Another District*
                    Certified docket sheets

     Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

                                                  Sincerely yours,

                                                  RICHARD WIEKING, Clerk

                                                  by:  Cita Escolano
                                                  Case Systems Administrator

Enclosures
cc: Financial Office
-----------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____     **CLERK, U.S. DISTRICT COURT**

                                                                **By** _____
                                                                 **Deputy Clerk**